UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.   15-cr-00132-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  LISABETH MELAHN,

   Defendant.

# ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Disclose Matters Occurring Before Grand Jury to Defendant (ECF No. 18), filed pursuant to Fed. R. Crim. P. 6 (e)(3)(E)(i).  Having reviewed the motion and being otherwise advised in the premises, I find that good and sufficient cause supports the same.  Accordingly, it is

ORDERED that Plaintiff's Motion to Disclose Matters Occurring Before Grand Jury to Defendant is **GRANTED.**  It is

FURTHER ORDERED that testimony of witnesses before the grand jury and exhibits presented to the grand jury may be disclosed to the Defendant and her counsel in the course of discovery in this case.  It is

FURTHER ORDERED that such materials shall only be used in defending this case; that such materials may be disclosed only to the Defendant and her attorney; that if copies are made, the Defendant's attorney shall maintain custody of such copies, and

shall not reproduce or disseminate them; and that any material provided pursuant to this Order shall be returned to the Plaintiff at the completion of the case.

Dated: April 7, 2015.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE