UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.   15-cr-00132-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  LISABETH MELAHN,

 Defendant.

---

**ORDER**

---

 This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

 ORDERED that all pretrial motions shall be filed by **Friday, May 8, 2015,** and responses to these motions shall be filed by **Wednesday, May 20, 2015**.  It is

 FURTHER ORDERED that a 5-day jury trial is set for **Monday, June 8, 2015, at 9:00 a.m., in Courtroom A-1002.**  A final trial preparation conference is set for **Thursday, May 28, 2015, at 10:00 a.m.**

 Dated:  April 13, 2015.

            BY THE COURT:

            /s/ Wiley Y. Daniel
            Wiley Y. Daniel
            Senior United States District Judge